Slip Op. 19-35

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **MACLEAN POWER, L.L.C.,** | |
| Plaintiff, | **Before: Jane A. Restani, Judge** |
| v. | |
| **UNITED STATES,** | **Court No. 17-00265** |
| Defendant. | |

## JUDGMENT

This case having been duly submitted for decision; and the court, after due deliberation, having rendered a decision herein; now therefore, in conformity with said decision it is hereby

ORDERED, ADJUDGED, and DECREED that the Final Results of Redetermination Pursuant to Court Remand, Ct. No. 17-00265, Doc. No. 51, by the United States Department of Commerce are **SUSTAINED**.

/s/ Jane A. Restani
Jane A. Restani, Judge

Dated: March 19, 2019
New York, New York